**Scott Marshall DAVIS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 104905

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: September 12, 2017

FOR APPELLANT: Lisa M. Stroup, Missouri Public Defender Office, 1010 Market Street, Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

## ORDER

PER CURIAM.

Scott Marshall Davis, Jr. appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).